# UNITED STATES OF AMERICA

/Philadelphia
1776

FILED

JUL 1 7 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

14-815-MJR

MANUEL RAUL REYO PENA GARCIA MONTERO
Aka Reyes Pena # 09794 000.
ON BEHALF OF THE PEOPLES
/UNITED STATES

Vs,

'CHIEF COMMANDER OF THE UNITED STATES's
/VICE PRESIDENT et All
gOV OF STATES

CRIMINAL CONSTITUTIONAL QUESTIONS
/Electoral laws of 1823's,

CASE No:

oooo

/WRIT FOR ELECTION
PURSUANT TO ARTICLE II SECTION I

---

"I MANUEL RAUL REYO PENA GARCIA MONTERO THE SON OF MANUEL"
BORN AND RAISED BY THE BUSH RIVER IN UPPER SOUTH
GRANDSON TO RyIIO, IN LAW, TO THE BREECHET
THOSE SERVIAN CHARACTER OF BOSNIA
/Circa 1914

PETITIONER ON BEHALF OF THE PEOPLES OF THE UNITED STATES OF AMERICANS
APPLIES FOR THE ISSUANCE OF CONSTITUTIONAL WRIT'S FOR THE ELECTIONS
PRESIDENT AND VICE PRESIDENT ON INDEPENDENCE DAY

/SEPT 12th YEAR 1787

2,

ooooooooooooo
oooooooooooooooooooo

PURSUANT TO ARTICLE II SECTION 1 UNITED STATES CONSTITUTION
PRESIDENT AND VICE PRESIDENT ARE ELECTED BY THE STATE
APPOINTED CHUSEN ELECTOR BEFORE THE SENATE FLOOR

Perhaps,It May be Holly UnConstitutional Qays final electoral result of past Nov 2008s
That got Mx Barat Hussein Osama Ass the 44th President of the United States
'By 264 Electoral District College And a Mayority of the Popular Vote

/THERE IS NOT SUCH ELECTORAL COLLEGE DEFINITION
FOR THE ELECTION OF PRESIDENTS AND TH
VICE PRESIDENT IN AMERICA

oooooo

Ya way back in the election of 1820,James Monroe defeated in the final Votes
before the Senate floor that Mama Boy from Boston Quincy 69
Then Congress enacted legislation to get in effect's
'The Currently Electoral laws of 1823
HOLLY MISSSISSSIPPPI

ooo

See George Bush Vs Albert Gore Ruling
148 led 2d 388 531 USA 98s
Miami Fla

HIS EXC.GEORGE WASHINGTON
WAS ELECTED BY JUST
/69 CHERRY,

ALL On BOARD UP TO THE ELLIS ISLAND NY.
THE MASTERS RACE QUESTIONS
/ROSSWELL NM

THEs ORIGEN OF THE SPECIES,
/LADY LIBERTY LAZARUS
'Act 1701

FINAL

ooooooooooooooooo
ooooooooooooooooooooooooo
oooooooooooooooooooooooooooooooooo

"I MANUEL RAUL RYLLO PENA GARCIA MONTERO ON BEHALF"
PEOPLE OF THE UNITED STATES OF AMERICAs.
CONSTITUTIONAL HISTORIAN

/Ask to the Court,

a/ INMEDIATE ORDER OF CONSTITUTIONAL CRIMINAL INJUCTION UPON
The elected 44th President of the United States 2008s
due to the fact say UnConstitutional Electoral law

PURSUANT TO ARTICLE II

oooooo

b/ INMEDIATE ORDER OF CONSTITUTIONAL CRIMINAL INJUCTION UPONs
'All elected Federal Official to the House of Conggress'
'and Senator due to the fact say UnConstitutionality
All Electoral laws in effect by the Pres's

/ReDRAW OF FEDERAL DISTRICT AREA
BY THE SEVERAL STATE LEGISLATURE
OF 10 EQUAL CONGGRESSIONAL AREA

Pursuant to Art 1s
Sections 3,4

c/ INMEDIATE ORDER OF CONSTITUTIONAL DISSMISAL UPON ALL LAWS,s
Affecting the Ilegal election of Federal Officials Says
'The House of Conggress and Senate by the legislature
Warrant for the Over See of the Military in th Say
State ass well the Fed Govt Operation along wt
The closing of the Border to not Citizen.

THE ILEGAL GRANT OF LAND
NATURAL RESOURSES's
/TO CORPORATION

ooo

OfCOURSE AN ALFABETH BILL OF RIGTH SHALL BE PROPOSED
'TO REDRESS ALL CONSTITUTIONAL AMENDMENT IN EFFECT AND THE RATIFICATION
BY THE SEVERAL STATES OF THE REPUBLIC WITH TH SCHLASTIC DEFINITION SAY

EQUAL PROTECTION AND IMMUNITY TO ALL's.
/Jail king Arthur
1776

# THE ORGANIC LAWS OF THE UNITED STATES OF AMERICA

## THE DECLARATION OF INDEPENDENCE 1776

In Congress, July 4, 1776.

*The unanimous Declaration of the thirteen united States of America*

When in the Course of human events it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the Powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.



## ARTICLE II—THE PRESIDENT

Sec.
1. Executive Power, Term; Presidential Electors; Time of Election; Etc.
   Cl.
   1. Executive Power, Term.
   2. Presidential Electors.
   3. Time of Election.
   4. Qualifications, Office of President.
   5. Successor.
   6. Salary.
   7. Oath.
2. Powers of President.
   Cl.
   1. Commander in Chief; Reprieves and Pardons.
   2. Treaty Making Power; Appointing Power.
   3. Recess Appointments.
3. Messages; Convene and Adjourn Congress; Receive Ambassadors; Execute Laws; Commission Officers.
4. Impeachment.

Section 1. The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.



## ARTICLE [XII]

The Electors shall meet in their respective states, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President.—The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.[9]

[9] This Amendment was affected by the Twentieth Amendment.

### HISTORICAL NOTES

**Proposal and Ratification**

The Twelfth Amendment, set out in 2 Stat. 306, was proposed to the legislatures of the several States by the Eighth Congress, on December 9, 1803, and was declared in a proclamation of the Secretary of State, dated September 25, 1804, to have been ratified by the legislatures

| Year | Candidate | Party | Electoral | Popular |
|---|---|---|---|---|
| 1789[2] (11) | George Washington | — | 69 | |
| | John Adams | — | 34 | |
| | John Jay | — | 9 | |
| | Others | (3) | 26 | |
| | (Not voted) | — | 12 | |
| 1792[2] (15) | George Washington | Federalist | 132 | |
| | John Adams | Federalist | 77 | |
| | George Clinton | Democratic-Republican | 50 | |
| | Thomas Jefferson | — | 4 | |
| | Aaron Burr | — | 1 | |
| 1796[2] (16) | John Adams | Federalist | 71 | |
| | Thomas Jefferson | Democratic-Republican | 68 | |
| | Thomas Pinckney | Federalist | 59 | |
| | Aaron Burr | Anti-Federalist | 30 | |
| | Samuel Adams | Democratic-Republican | 15 | |
| | Oliver Ellsworth | Federalist | 11 | |
| | George Clinton | Democratic-Republican | 7 | |
| | John Jay | Independent-Federalist | 5 | |
| | James Iredel | Federalist | 3 | |
| | George Washington | Federalist | 2 | |
| | John Henry | Independent | 2 | |
| | S. Johnston | Independent-Federalist | 2 | |
| | C. C. Pinckney | Independent-Federalist | 1 | |
| 1800[2] (16) | Thomas Jefferson | Democratic-Republican | 73[4] | |
| | Aaron Burr | Democratic-Republican | 73[4] | |
| | John Adams | Federalist | 65 | |
| | C. C. Pinckney | Federalist | 64 | |
| | John Jay | Federalist | 1 | |
| 1804 (17) | Thomas Jefferson | Democratic-Republican | 162 | |
| | C. C. Pinckney | Federalist | 14 | |
| 1808 (17) | James Madison | Democratic-Republican | 122 | |
| | C. C. Pinckney | Federalist | 47 | |
| | George Clinton | Independent-Republican | 6 | |
| | (Not voted) | — | 1 | |
| 1812 (18) | James Madison | Democratic-Republican | 128 | |
| | De Witt Clinton | Fusion | 89 | |
| | (Not Voted) | — | 1 | |
| 1816 (19) | James Monroe | Republican | 183 | |
| | Rufus King | Federalist | 34 | |
| | (Not voted) | — | 4 | |
| 1820 (24) | James Monroe | Republican | 231 | |
| | John Q. Adams | Independent-Republican | 1 | |
| | (Not voted) | — | 3 | |
| 1824 (24) | John Q. Adams | No distinct party designations | 84[1] | 108,740 |
| | Andrew Jackson | | 99[1] | 153,544 |
| | Henry Clay | | 37 | 47,136 |
| | W. H. Crawford | | 41 | 46,618 |
| 1828 (24) | Andrew Jackson | Democratic | 178 | 647,286 |
| | John Q. Adams | National Republican | 83 | 508,064 |
| 1832 (24) | Andrew Jackson | Democratic | 219 | 687,502 |
| | Henry Clay | National Republican | 49 | 530,189 |
| | William Wirt | Anti-Masonic | 7 | — |
| | John Floyd | Nullifiers | 11 | — |
| | (Not voted) | — | 2 | — |
| 1836 (26) | Martin Van Buren | Democratic | 170 | 765,483 |
| | William H. Harrison | Whig | 73 | |
| | Hugh L. White | Whig | 26 | 739,795[6] |
| | Daniel Webster | Whig | 14 | |
| | W. P. Mangum | Anti-Jackson | 11 | — |
| 1840 (26) | William H. Harrison | Whig | 234 | 1,274,624 |
| | Martin Van Buren | Democratic | 60 | 1,127,781 |
| 1844 (26) | James K. Polk | Democratic | 170 | 1,338,464 |
| | Henry Clay | Whig | 105 | 1,300,097 |
| | James G. Birney | Liberty | — | 62,300 |
| 1848 (30) | Zachary Taylor | Whig | 163 | 1,360,967 |
| | Lewis Cass | Democratic | 127 | 1,222,342 |
| | Martin Van Buren | Free Soil | — | 291,263 |
| 1852 (31) | Franklin Pierce | Democratic | 254 | 1,601,117 |
| | Winfield Scott | Whig | 42 | 1,385,453 |
| | John P. Hale | Free Soil | — | 155,825 |
| 1856 (31) | James Buchanan | Democratic | 174 | 1,832,955 |
| | John C. Frémont | Republican | 114 | 1,339,932 |
| | Millard Fillmore | American | 8 | 871,731 |
| 1860 (33) | Abraham Lincoln | Republican | 180 | 1,865,593 |
| | J. C. Breckinridge | Democratic (S) | 72 | 848,356 |
| | Stephen A. Douglas | Democratic | 12 | 1,382,713 |
| | John Bell | Constitutional Union | 39 | 592,906 |
| 1864 (36) | Abraham Lincoln | Republican | 212 | 2,206,938 |
| | George B. McClellan | Democratic | 21 | 1,803,787 |
| | (Not voted) | — | 81 | — |
| 1868 (37) | Ulysses S. Grant | Republican | 214 | 3,013,421 |
| | Horatio Seymour | Democratic | 80 | 2,706,829 |
| | (Not voted) | — | 23 | — |
| 1872 (37) | Ulysses S. Grant | Republican | 286 | 3,596,745 |
| | Horace Greeley | Democratic | (5) | 2,843,446 |
| | Charles O'Connor | Straight Democratic | — | 29,489 |
| | Thomas A. Hendricks | Independent Democratic | 42 | — |
| | B. Gratz Brown | Democratic | 18 | — |
| | Charles J. Jenkins | Democratic | 2 | — |
| | David Davis | Democratic | 1 | — |
| | (Not voted) | — | 17 | — |
| 1876 (38) | Rutherford B. Hayes | Republican | 185 | 4,036,572 |
| | Samuel J. Tilden | Democratic | 184 | 4,284,020 |
| | Peter Cooper | Greenback | — | 81,737 |
| 1880 (38) | James A. Garfield | Republican | 214 | 4,453,295 |
| | Winfield S. Hancock | Democratic | 155 | 4,414,082 |
| | James B. Weaver | Greenback-Labor | — | 308,578 |
| | Neal Dow | Prohibition | — | 10,305 |
| 1884 (38) | Grover Cleveland | Democratic | 219 | 4,879,507 |
| | James G. Blaine | Republican | 182 | 4,850,293 |
| | Benjamin F. Butler | Greenback-Labor | — | 175,370 |
| | John P. St. John | Prohibition | — | 150,369 |
| 1888 (38) | Benjamin Harrison | Republican | 233 | 5,447,129 |
| | Grover Cleveland | Democratic | 168 | 5,537,857 |
| | Clinton B. Fisk | Prohibition | — | 249,506 |
| | Anson J. Streeter | Union Labor | — | 146,935 |
| 1892 (44) | Grover Cleveland | Democratic | 277 | 5,555,426 |
| | Benjamin Harrison | Republican | 145 | 5,182,690 |
| | James B. Weaver | People's Prohibition | 22 | 1,029,846 |
| | John Bidwel | Socialist | — | 264,133 |
| | Simon Wing | Labor | — | 21,164 |
| 1896 (45) | William McKinley | Republican | 271 | 7,102,246 |
| | William J. Bryan | Democratic[7] | 176 | 6,492,559 |
| | John M. Palmer | National Democratic | — | 133,148 |
| | Joshua Levering | Prohibition | — | 132,007 |
| | Charles H. Matchett | Socialist Labor | — | 36,274 |
| | Charles E. Bentley | Nationalist | — | 13,969 |
| 1900 (45) | William McKinley | Republican | 292 | 7,218,491 |
| | William J. Bryan | Democratic[7] | 155 | 6,356,734 |
| | John C. Wooley | Prohibition | — | 208,914 |
| | Eugene V. Debs | Socialist | — | 87,814 |
| | Wharton Baker | People's | — | 50,373 |
| | Joseph F. Malloney | Socialist Labor | — | 39,739 |
| 1904 (45) | Theodore Roosevelt | Republican | 336 | 7,628,461 |
| | Alton B. Parker | Democratic | 140 | 5,084,223 |
| | Eugene V. Debs | Socialist | — | 402,283 |
| | Silas C. Swallow | Prohibition | — | 258,536 |
| | Thomas E. Watson | People's | — | 117,183 |
| | Charles H. Corregan | Socialist Labor | — | 31,249 |

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

January 30, 2001

WILLIAM K. SUTER
CLERK OF THE COURT

AREA CODE 202
479-3011

Manuel Raul Reyes Pena
#09794-000
Cuban Detention, U. S. Penitentiary
3901 Klein boulevard
Lompoc, CA  93436

    RE:  Manuel Raul Reyo Pena v. Janet Reno, Atty. Gen.
         Fifth Circuit Case number 98-31295

Dear Mr. Pena:

   The above-entitled petition for a writ of certiorari was postmarked January 24, 2001 and received January 29, 2001. The papers are returned for the following reason(s):

   The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was March 4, 1999. Therefore, the petition was due on or before June 2, 1999. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

                        Sincerely,
                        William K. Suter, Clerk
                        By: *Ruth Jones* (signature)
                        Ruth Jones
                        (202) 479-3022


THE GOV.OF THE UNITED STATES
CAN CLAIM NOT POWERS GRANTED BY THE USA

/ Constitution /

See Hunter Vs Martin et
1' Wheat

Enclosures

cc: Solicitor General
    Charles R. Fulbruge, III



UNITED STATES GOVERNMENT

# MEMORANDUM

*United States Penitentiary Lewisburg*

Dear,

Ms. Jane Reno  
10 St. Constitution  
Washington, D.C. 20500

RE: Reyes-Pena, Manuel  
REG#: 09794-000  
DATE: 1-22-00  
PHONE #: 202-514-2001

The above named inmate has submitted your telephone number for placement on the list of telephone numbers the inmate wishes to call. To allow such communication to occur at the earliest time, we have placed your name and telephone number on the inmates telephone list.

As required by our procedures, the inmate has informed us that you are agreeable to such communication. If this is not the case, please let us know by completing the portion below and returning the letter. Upon written request, we will remove your name and from the inmates telephone list. Absent this request, your name and number will be removed upon request of the inmate or if the Associate Warden determines that the telephone communication poses a threat to institution security or good order or poses a threat to others.

If you have any questions on this matter, please let me know.

Sincerely,

D. Aucker, Counselor

AFTER COMPLETING THIS FORM RETURN TO: USP Lewisburg  
Attn. Counselor  
R.D.#5, P.O. Box 1000  
Lewisburg, Pa. 17837

I, __Janet Reno__ do not wish to receive telephone calls from the above named inmate.  
( Print Name )

I request my telephone number be removed from this inmates telephone list.

2/7/00  
( Date )          ( Signature )



# THE WHITE HOUSE OFFICE

## THE EXECUTIVE OFFICE

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500
OEOB: Old Executive Office Building, 17th Street and Pennsylvania Avenue, N.W., Washington DC 20500

Specialized Information Services

| | |
|---|---|
| Information .................... (202) 456-1414 | Federal Register Information ............ (202) 523-5227 |
| Bill Signing or Veto Information | Press Office ........................ (202) 456-2100 |
| (White House Records Office) ......... (202) 456-2226 | Visitors Office ..................... (202) 456-7041 |

Internet ..... president@whitehouse.gov

To speak with a comments operator to make suggestions, or to leave messages or opinions to be expressed to the President, dial (202) 456-1111.

## OFFICE OF THE PRESIDENT OF THE UNITED STATES

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Title | Building | Room | Direct Dial |
|---|---|---|---|---|
| Clinton, William J. | ★The President of the United States | WH | 1/WW | (202) 456-1414 |
| Lindsey, Bruce | □ Assistant to the President and Senior Advisor | WH | 1/WW | (202) 456-1414 |
| Friendly, Andrew | □ The President's Aide | WH | 1/WW | (202) 456-1414 |
| Stephanopoulos, George R. | ★□ Senior Advisor to the President for Policy and Strategy | WH | 1/WW | (202) 456-1414 |
| Bectel, Heather | Executive Assistant to the Senior Advisor | WH | 1/WW | (202) 456-1414 |
| Gergen, David R. | ★□ Counselor to the President | WH | 1/WW | (202) 456-1414 |
| Greenstone, Jodi | □ Special Assistant to the President and Deputy to the Counselor | WH | G/WW | (202) 456-1414 |
| Pierce, Diana | Executive Assistant to the Counselor | WH | G/WW | (202) 456-1414 |
| Hemreich, Nancy | □ Deputy Assistant to the President for Appointments and Scheduling | WH | 1/WW | (202) 456-1414 |
| | FAX | | | (202) 456-2883 |

## OFFICE OF THE CHIEF OF STAFF

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Title | Building | Room | Direct Dial |
|---|---|---|---|---|
| McLarty, Thomas F. (Mack) | ★□ Chief of Staff to the President | WH | 1/WW | (202) 456-6797 |
| Ickes, Harold | □ Assistant to the President and Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Lader, Philip | ★□ Assistant to the President and Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Toback, Paul | Executive Assistant to the Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Spiring, Laura | Special Assistant to the Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Burton, Charles W. | □ Deputy Assistant to the President, Policy and Staff Director | WH | G/WW | (202) 456-6797 |
| Ewing, Karen D. | Assistant to the Staff Director | WH | G/WW | (202) 456-6797 |
| Middleton, Mark | □ Special Assistant to the President and Assistant to the Chief of Staff | OEOB | 174 | (202) 456-6797 |
| Rathbone, Lynda | Special Assistant to the Chief of Staff | OEOB | 176 | (202) 456-6797 |
| Stanzione, Janine | Special Assistant to the Chief of Staff | WH | 1/WW | (202) 456-6797 |
| | Special Assistant to the Chief of Staff | OEOB | 176 | (202) 456-6797 |
| | FAX | | | (202) 456-2883 |

## OFFICE OF THE STAFF SECRETARY

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Title | Building | Room | Direct Dial |
|---|---|---|---|---|
| Podesta, John D. | □ Assistant to the President and Staff Secretary | WH | G/WW | (202) 456-2702 |
| Stern, Todd D. | ★□ Special Assistant to the President and Deputy Staff Secretary | WH | G/WW | (202) 456-2702 |
| Richard, R. Paul | Deputy Staff Secretary | WH | G/WW | (202) 456-2702 |
| | FAX | | | (202) 456-2215 |

3